*25-000114389*

| | |
|---|---|
| ZAIN BAUTY SUPPLY INC | CASE #: 2025CA001499A000BA |
| | COURT: CIRCUIT |
| | COUNTY: POLK |
| PLAINTIFF(S) | DFS-SOP #: 25-000114389 |

VS.

OHIO SECURITY INSURANCE COMPANY

DEFENDANT(S)
_____/
SUMMONS, COMPLAINT, DISCOVERY, ORDER

**EXHIBIT A**

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Wednesday, April 30, 2025 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, May 1, 2025 to the designated agent for the named entity as shown below.

OHIO SECURITY INSURANCE COMPANY
LYNETTE COLEMAN
1201 HAYS STREET
TALLAHASSEE, FL 32301

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

ARIE BRUK, ASSISTANT
WEISSER ELAZAR & KANTOR, PLLC
800 EAST BROWARD BLVD, SUITE 510
FORT LAUDERDALE , FL 33301

JD1

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY FLORIDA

ZAIN BEAUTY SUPPLY INC.,

    Plaintiffs,

vs.                                              CASE NO:

OHIO SECURITY INSURANCE COMPANY,

    Defendant.
_____/

SUMMONS

*THE STATE OF FLORIDA*
**TO EACH SHERIFF OF THE STATE:**

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint, First Interrogatories, Deposition, Request for Admissions, Request for Production, or Petition in this action on INSURANCE COMMISSIONER pursuant to F.S. 48.151

***By Serving:***

                OHIO SECURITY INSURANCE COMPANY
                          Insurance Commissioner
                              State of Florida
                            PROCESS SECTION
                            200 East Gaines Street
                           Tallahassee, Florida 32399

Each defendant is required to serve written defenses to the Complaint, First Interrogatories, Deposition, Request for Admissions, Request for Production, or Petition on Sapir Elazar, Counsel for the Plaintiffs, Weisser Elazar & Kantor, PLLC, 800 E Broward Blvd., Ste 510, Fort Lauderdale, FL 33301 within twenty (20) days after service, of this summons on that defendant exclusive of the day of service, and to file the original of the Defenses with the clerk of this Court either before service on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a Default will be entered against that Defendant for the relief demanded in the complaint or petition.

**STACY M. BUTTERFIELD**
CLERK OF THE COURT

Buttonyby _____, Deputy Clerk     DATE: **04/25/2025**, 2025.



2025CA-001499-A000-BA     Received in Polk 04/22/2025 03:58 PM

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,
IN AND FOR POLK COUNTY, FLORIDA

ZAIN BAUTY SUPPLY INC.,

    Plaintiff,

v.                                      CASE NO.:

OHIO SECURITY INSURANCE COMPANY,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff sues Defendant and alleges:

1. This is an action for damages that exceeds Fifty Thousand Dollars ($50,000.00) exclusive of interest, costs, and attorney's fees.

2. At all times material hereto, in consideration of a premium paid by Plaintiff, there was in full force and effect a certain property insurance policy issued by Defendant with a policy number of BZS66078947 (Policy). A copy of the Policy is incorporated by reference as Plaintiff does not have a full copy of the Policy in Plaintiff's possession, custody, or control.

3. Accordingly, under the terms of the Policy, Defendant agreed to provide insurance coverage to Plaintiff's property against certain losses for both the actual cash value and replacement cost value.

4. Plaintiff's property is located at 840 East Memorial Boulevard, Lakeland, FL 33801 (Property).

5. On or about 10/12/2024, while the Policy was in full force and effect, the Property was damaged (Loss).

6. Promptly thereafter Plaintiff reported the Loss to Defendant.

7. Accordingly, Defendant assigned claim number 24230714 to the Loss and investigated the Loss.

8. Subsequently, Defendant failed to adjust the Loss pursuant to the unambiguous terms of the Policy.

9. By failing to adjust the Loss pursuant to the unambiguous terms of the Policy, Defendant has materially breached the Policy by failing to pay the actual cash value and replacement cost value of the claim.

10. Plaintiff suffered and continues to suffer damages resulting from Defendant's material breach of the Policy.

11. All (a) conditions precedent and (b) conditions subsequent to the filing of this action have been satisfied or waived.

12. At least ten (10) business days prior to the filing of this lawsuit, pursuant to Fla. Stat. § 627.70152 Plaintiff sent a presuit settlement demand to Defendant.

13. Defendant failed to properly respond to said presuit settlement demand.

## COUNT I – BREACH OF CONTRACT

14. Plaintiff reincorporates paragraphs one (1) through thirteen (13) in Count I.

15. By failing to adjust the Loss pursuant to the unambiguous terms of the Policy and by failing to properly respond to said presuit settlement demand, Defendant has materially breached the Policy.

16. Plaintiff suffered, and continues to suffer, damages resulting from Defendant's material breach of the Policy.

17. Plaintiff was obligated to retain the undersigned attorneys for the prosecution of this action and is entitled to reasonable attorneys' fees and costs pursuant to Fla. Stat. § 768.79,

627.428, 626.9373, 627.70152, and or any other applicable Florida Statute, Rule, and or contractual provision.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment against Defendant that Plaintiffs are entitled to reasonable attorneys' fees and costs pursuant to Fla. Stat. § 768.79, 627.428, 626.9373, 627.70152, and or any other applicable Florida Statute, Rule, and or contractual provision.

### DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues triable as a matter of right.

Dated: April 22nd, 2025.

    Respectfully submitted,

    By:    /s/ Kevin Weisser
           KEVIN WEISSER
           Florida Bar No: 98828
           WEISSER ELAZAR & KANTOR, PLLC
           Attorneys for Plaintiff
           800 East Broward Boulevard, Suite 510
           Fort Lauderdale, FL 33301
           T: (954) 486-2623
           F: (954) 572-8695
           Email: KW@WEKLaw.com
                   JK@WEKLaw.com
                   Service@WEKLaw.com